On respondent's petition for reconsideration filed March 19, reconsideration allowed; former disposition withdrawn; former opinion (221 Or App 440, 190 P3d 462 (2008)) modified and adhered to as modified; affirmed April 29, 2009

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## TUAN ANH NGUYEN,
*Defendant-Appellant.*

Multnomah County Circuit Court
040532737; A127563

206 P3d 1219

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, for petition.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Rosenblum, Judge.

PER CURIAM

## PER CURIAM

Based on *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), the state petitions for reconsideration of our decision in this case. *State v. Nguyen*, 221 Or App 440, 190 P3d 462 (2008). For the reasons that follow, we allow reconsideration, modify our prior opinion and adhere to it as modified, withdraw our prior disposition, and affirm.

In our prior opinion in this case, we affirmed defendant's convictions for robbery, kidnapping, and burglary, but, based on *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), we reversed the consecutive sentence that the trial court had imposed and remanded for resentencing. Since then, the United States Supreme Court has reversed the Oregon Supreme Court's decision in *State v. Ice. See Oregon v. Ice*, 555 US at ___ , 172 L Ed 2d at 525 (holding that the federal constitutional right to a jury trial does not apply to decisions to impose consecutive sentences). In light of *Oregon v. Ice*, we conclude that the trial court did not err in imposing a consecutive sentence in this case. We therefore (1) modify our prior opinion to delete those portions that state that *State v. Ice* is controlling and require a remand for resentencing, *see* 221 Or App at 447-48; (2) adhere to our prior opinion as modified; (3) withdraw our prior disposition; and (4) affirm.

Reconsideration allowed; former disposition withdrawn; former opinion modified and adhered to as modified; affirmed.